IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE ELDRIDGE, AID 184272,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 15–00197–CG–C |
| | ) |
| **JEFF DUNN, etc., et al.,** | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

In accordance with this Court's Order entered on February 7, 2017, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 8th day of February, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE